IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 16-078 |
| MIGUEL GUTIERREZ | : | |

FILED
AUG 14 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 14th day of AUG., 2018, upon consideration of the *Defendant's Motion to Terminate Defendant's Supervised Release Term*, and the Government's response in opposition thereto, it is hereby

**ORDERED**

that the Motion is **DENIED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl

HONORABLE JEFFREY L. SCHMEHL
United States District Court Judge
Eastern District of Pennsylvania