IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MIGUEL GUTIERREZ

CRIMINAL
NO. 16-078

**ORDER**

**AND NOW**, this 15th day of January, 2019, after considering Defendant's Second Motion for Early Termination of Supervised Release (Docket No. 37), and the Government's response in opposition, it is hereby **ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

Jeffrey L. Schmehl, J.